THOMAS P. O'BRIENJS-6
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ CBN 229637
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA  90012
  Telephone:  (213) 894-2729
  Facsimile:  (213) 894-0115

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 09-02924 SJO (VBKx) |
| | ) |
|     Plaintiff, | ) **ORDER DISMISSING CASE** |
| | ) |
|   vs. | ) |
| | ) |
| HAROLD O. HEFFELFINGER, et. al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

1  Based on the stipulation filed and for good cause appearing,
2  it is hereby ordered that the COMPLAINT TO FORECLOSE FEDERAL TAX
3  LIENS ON REAL PROPERTY, filed on April 29, 2009, is dismissed,
4  without prejudice.
5  **IT IS SO ORDERED**.

7  DATED:   July 10, 2009      _____
                               S. JAMES OTERO
8                              United States District Court

10 Respectfully submitted,

11 THOMAS P. O'BRIEN
   United States Attorney
12 SANDRA R. BROWN
   Assistant United States Attorney
13 Chief, Tax Division

15 _____/s/_____
   VALERIE L. MAKAREWICZ
16 Assistant United States Attorney

2

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **July 10, 2009**, I served

**(PROPOSED) ORDER DISMISSING CASE**

on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service by certified mail in a sealed envelope with postage fully prepaid. Date of mailing: **July 10, 2009** Place of mailing: Los Angeles, California

**See attached list**

I declare under penalty of perjury under the laws of the United States of America that the foregoing if true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 10, 2009**, Los Angeles, California.

/s/
**Barbara Le**

3

**RE: UNITED STATES OF AMERICA V. HAROLD O. HEFFELFINGER, ET AL**

**CASE NO.: CV 09-2924 SJO (VBKx)**

### Service List

Citibank South Dakota, N.A.
701 East 60th Street, N.
Sioux Falls, SD 57117

Wells Fargo Home Mortgage
c/o CSC Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 94244

Wells Fargo Home Mortgage-MERS
c/o Glenn H. Wechsler
Law Offices of Glenn H. Wechsler
1655 North Main Street, Suite 230
Walnut Creek, CA 94596

Harold Heffelfinger
781 Cortez Drive
Hemet, CA 92545

Ruth Heffelfinger
781 Cortez Drive
Hemet, CA 92545